

To Whom It May Concern:                    January 6, 2014

EZELL-HARDING
CHRISTIAN SCHOOL

"They shall mount up
with wings as eagles."
Isaiah 40:31

This is a letter to certify that Calvin Hall served as Ezell-Harding Christian School's head football coach for the 2012 and 2013 football seasons. Coach Hall left Ezell-Harding at the end of the 2013 semester to pursue other interests.

Coach Hall maintains a genuine love for the game of football and I am sure that he will not be away from the game for any length of time. As athletic director and working on a daily basis with Coach Hall I know that he has the players' best interest at heart.

Coach Hall had to work with a very limited budget and had a coaching staffed manned mostly by non-faculty coaches. I only wish that we could have provided Calvin with more financial support along with additional personnel.

I wish Coach Hall the best in future endeavors and I may be reached for additional remarks at 615-367-2045 (Ext. 129).

Don Freudenthal

Athletic Director

574 Bell Road • Antioch, Tennessee 37013 • 615-367-2522 Administration Off. • 366-8052 Business Off. • 361-5717 Elementary School • 361-5718 Middle School • 367-2045 High School



EXHIBIT
A